# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 13 |
| KIONNA KATRICE FOX | Case No. 15-30622 |
| Debtor(s). | |

## ORDER

This matter is before the court pursuant to a Motion for Continuation of the Automatic Stay, filed by the debtor(s). The automatic stay as it applies to all creditors in this case is hereby extended until further order by this Court.

Any objections to the extension of the automatic stay in this matter must be filed within fourteen (14) days of this Order. Any objections filed within that time period will be heard on May 14, 2015 at 9:00 a.m., in the U.S. Bankruptcy Court, 750 Missouri Avenue, East St. Louis, IL 62201.

ENTERED: April 23, 2015

/s/ Laura Grandy    12
UNITED STATES BANKRUPTCY JUDGE