# Notice Recipients

District/Off: 0754–3     User: nm     Date Created: 4/23/2015
Case: 15–30622–lkg     Form ID: pdf900     Total: 5

**Recipients of Notice of Electronic Filing:**
ust     United States Trustee     USTPRegion10.es.ecf@usdoj.gov
tr     Russell C Simon     simontrustee@yahoo.com
aty     Michael J Benson     court@bensonlawfirms.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db     Kionna Katrice Fox     Po Box 24256     Belleville, IL 62226
3593849     Exeter Finance Corp.     Po Box 166088     Irving, TX 75016

TOTAL: 2